# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL LEWIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED FIGUEROA, et al.,<br><br>　　　　Respondents. | Case No. CV 14-3939 JVS (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 04, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE